In the Matter of SANTO R. SGARLATO, JR., an Attorney, Respondent. SOLOMON A. KLEIN, Petitioner.

Beldock, P. J., Ughetta, Christ, Brennan and Benjamin, JJ., concur.